[Department One.—June 14, 1888.]

63   499
79   438

## E. E. FREEMAN, APPELLANT, v. J. O. STEPHENSON, RESPONDENT.

FINDING—SPECIAL ISSUES.—In an equity case where the court has submitted special issues to a jury, and finds upon the same issues differently from the jury, the finding of the court determines the fact.

APPEAL from a judgment of the Superior Court of the county of Sacramento, and from an order refusing a new trial.

The action was brought to enjoin the defendant from draining his lands in such a manner as to discharge the water on the lands of plaintiff, and for damages caused plaintiff thereby. Specific issues were submitted to a jury and findings were made by them. The court found differently upon the same issues.

The answers to the questions asked Moore and Ricketts tended to show that the acts complained of by the plaintiff produced benefits rather than injuries.

A. C. Freeman, and G. E. Bates, for Appellant.

A. P. Catlin, for Respondent.

PER CURIAM.—There was no error in overruling the objections to the questions put to the witnesses Moore and Ricketts. Both questions had a bearing upon the matter of damages.

In an equity case, where the court has taken the advice of a jury as to specific issues, and then, as here, finds on the same issues differently from the jury, the finding of the court determines the fact.

The findings show that by reason of drains on his own land, connecting natural depressions, the water which naturally runs from defendant's to plaintiff's land was somewhat increased in quantity, and flowed with a somewhat accelerated current, but that such drains did not cause any greater quantity of water to stand or remain on plaintiff's land than would have stood or remained had such drains not existed, and that the same had not caused any damage to plaintiff.

Judgment and order affirmed.